# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　　Defendants. | Case No.  1:13-cv-01471-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO<br>CLOSE CASE AS DUPLICATIVE |

　　　　Plaintiff filed this action on July 22, 2013. The Court has reviewed Plaintiff's cases filed in this Court and finds that this action is duplicative of <u>Nible v. California Dept. of Corrections, et al.</u>, No. 1:13-cv-01127-DLB (E.D. Cal.), which was filed on Juy 22, 2013. The complaints in these actions are both dated July 17, 2013, and are identical. Because this action is duplicative of 1:13-cv-01127-DLB, this action shall be closed.

　　　　Based on the foregoing, it is HEREBY ORDERED that this action is CLOSED as

1

duplicative of 1:13-cv-01127-DLB.

IT IS SO ORDERED.

Dated:   **September 17, 2013**                     /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

2