# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE, | Case No. 1:13-cv-01471-LJO-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AS DUPLICATIVE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff filed this action on July 22, 2013. The Court has reviewed Plaintiff's cases filed in this Court and finds that this action is duplicative of Nible v. California Dept. of Corrections, et al., No. 1:13-cv-01127-DLB (E.D. Cal.), which was filed on Juy 22, 2013. The complaints in these actions are both dated July 17, 2013, and are identical. Because this action is duplicative of 1:13-cv-01127-DLB, this action shall be closed.

Based on the foregoing, it is HEREBY ORDERED that this action is CLOSED as

1

duplicative of 1:13-cv-01127-DLB.

IT IS SO ORDERED.

Dated:   **September 17, 2013**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE